HELEN HANSTICK, an Infant, by FRANK HANSTICK, Her Guardian ad Litem, Respondent, and FRANK HANSTICK, Plaintiff, *v.* H. C. BOHACK Co., INC., Appellant.

Submitted January 3, 1939; decided January 10, 1939.

Motion for reargument denied with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 654.)

MENDEL JOELSON, Appellant, *v.* JACOB MAYERS, Respondent, Impleaded with Others.

Submitted January 3, 1939; decided January 10, 1939.

*Manfred Nathan* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant files and serves undertaking on appeal and pays ten dollars costs within ten days, in which event the motion is denied.